# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 10. Bill of Costs

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form10instructions.pdf*

**9th Cir. Case Number(s)** 24-7732

**Case Name** Susan Rogoff v. Transamerica Life Insurance Company

Name of party/parties requesting costs to be taxed:

Appellant, Transamerica Life Insurance Company

I swear under penalty of perjury that the copies for which costs are requested were actually and necessarily produced, and that the requested costs were actually expended.

**Signature** */s/ Vivian I. Orlando* **Date** **3/26/2026**

*(use "s/[typed name]" to sign electronically-filed documents)*

| COST TAXABLE | REQUESTED *(each column must be completed)* | | | |
|---|---|---|---|---|
| DOCUMENTS / FEE PAID | No. of Copies | Pages per Copy | Cost per Page | TOTAL COST |
| Excerpts of Record* [and Further Excerpts of Record (DE 27)] | 3 | 176 | $ 0.10 | $ 52.80 |
| Principal Brief(s) *(Opening Brief; Answering Brief; 1st, 2nd, and/or 3rd Brief on Cross-Appeal; Intervenor Brief)* | 6 | 76 | $ 0.10 | $ 45.60 |
| Reply Brief / Cross-Appeal Reply Brief | 6 | 45 | $ 0.10 | $ 27.00 |
| Supplemental Brief(s) | | | $ | $ |
| Petition for Review Docket Fee / Petition for Writ of Mandamus Docket Fee / Appeal from Bankruptcy Appellate Panel Docket Fee/Appeal from District Court filing portion of fee ($5) | | | | $ 605.00 |
| | | | **TOTAL:** | $ 730.40 |

***Example:** Calculate 4 copies of 3 volumes of excerpts of record that total 500 pages [Vol. 1 (10 pgs.) + Vol. 2 (250 pgs.) + Vol. 3 (240 pgs.)] as:*
*No. of Copies: 4; Pages per Copy: 500; Cost per Page: $.10 (or actual cost IF less than $.10);*
*TOTAL: 4 x 500 x $.10 = $200.*

**Form 10**  *Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*  *Rev. 12/01/2025*

## CERTIFICATE OF SERVICE

### *Rogoff v. Transamerica Life Insurance Company*

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 10100 Santa Monica Blvd., Ste. 550, Los Angeles, CA 90067.

On **March 26, 2026,** I served the document(s) entitled, **BILL OF COSTS** on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

### SEE ATTACHED SERVICE LIST

☒ **(BY CM/ECF SERVICE):** I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on **March 26, 2026**, at Los Angeles, California.

_____
Lea Borys

00059\200152143.v1

***Rogoff v. Transamerica Life Insurance Company***

***Case No.CVRI2402538***

Craig M. Nicholas, Esq.
Alex Tomasevic Esq.
NICHOLAS & TOMASEVIC, LLP
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Fax: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org

*Attorneys for Plaintiff Leonard Rogoff,*
*Individually, and on Behalf of the Class*

Jack B. Winters, Jr., Esq.
Sarah Ball, Esq.
WINTERS & ASSOCIATES
8489 La Mesa Boulevard
La Mesa, California 91942
Tel: (619) 234-9000
Fax: (619) 750-0413
Email: jackbwintersgearthlink.net
Email: sball@einsurelaw.com

*Attorneys for Plaintiff Leonard Rogoff,*
*Individually, and on Behalf of the Class*

Christopher R. Rodriguez, Esq.
Andrew D. Bluth, Esq.
Michelle M. Myers, Esq.
SINGLETON SCHREIBER, LLP
1414 K Street, Suite 470
Sacramento, California 95814
Tel: (916) 248-8478
Email: crodriguez@singletonschreiber.com
Email: abluth@singletonschreiber.com
Email: mmeyers@singletonschreiber.com

*Attorneys for Plaintiff Leonard Rogoff,*
*Individually, and on Behalf of the Class*

00059\200152143.v1